IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOWNSHIP OF TINICUM, COUNTY OF DELAWARE, PENNSYLVANIA<br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA<br>Defendant. | Civil Action<br><br>No. 09-2872 |

**ORDER**

AND NOW, this 12th day of November, 2010, upon consideration of Plaintiffs' Motion to Stay Proceedings to Enforce the Judgment, Plaintiffs' Motion for Reconsideration, Defendant's Opposition to the Motion for Stay, and Defendant's Opposition to the Motion for Reconsideration, it is hereby **ORDERED** that, for the reasons contained in the accompanying opinion, Plaintiffs' Motions are both **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak
Louis H. Pollak
United States District Judge